### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KERRY J. FARMER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-CV-00669-GKF-PJC |
| (1) STATE FARM AUTO INSURANCE COMPANY, INC., | ) |
| Defendant. | ) |

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through her attorney of record, Brendan McHugh, and Defendant's counsel, John S. Gladd and J. Andrew Brown, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

Respectfully submitted,

/s/Brendan M. McHugh
Brendan M. McHugh, OBA #18422
Attorney at Law
P.O. Box 1392
Claremore, Oklahoma 74018

/s/J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & FIASCO**
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096